UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ANDREW WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAYTIKA LTD. and PLAYTIKA HOLDING CORP.,<br><br>Defendant. | **ORDER GRANTING [ECF NO. 15] DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Case No. 2:25-cv-00960-DBB-CMR<br><br>District Judge David Barlow |

Before the court is Defendants' Motion to Compel Arbitration.[1] Plaintiff filed a Notice of Non-Opposition.[2] Upon consideration of the briefing and the non-opposition, the court GRANTS the motion.[3] The action is STAYED pending arbitration. The parties are further ORDERED to file a status report with the court every 90 days.

Signed April 15, 2026.

BY THE COURT

_____
David Barlow
United States District Judge

---

[1] Defs.' Mot. to Compel Arbitration, ECF No. 18, filed February 17, 2026.
[2] Pl.'s Notice of Non-Opp'n to Mot. to Compel Arbitration and to Stay Case, ECF No. 25, filed April 2, 2026.
[3] ECF No. 18.