KAMIE F. BROWN (8520)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel: (801) 532-1500
kbrown@rqn.com

BEHNAM DAYANIM (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 339-8400
bdayanim@orrick.com

GREGORY D. BEAMAN (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
gbeaman@orrick.com

MICHAEL M. ROSENBERG (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
353 North Clark Street, Suite 3600
Chicago, IL 60654
Tel: (312) 924-9800
mrosenberg@orrick.com

*Attorneys for Defendants Playtika Ltd. and Playtika Holding Corp.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANDREW WRIGHT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PLAYTIKA LTD. and PLAYTIKA HOLDING CORP., <br><br> Defendants. | **DEFENDANTS' STATUS REPORT** <br><br> Case No. 2:25-cv-00960-DBB-CMR <br><br> Judge David B. Barlow <br><br> Magistrate Judge Cecilia M. Romero |

Defendants Playtika Ltd. and Playtika Holding Corp. (together, "Playtika") respectfully submit this status report in accordance with the Court's April 15, 2026, Order granting Playtika's motion to compel arbitration and staying this action. Doc. 26. The Order directed the parties "to file a status report with the court every 90 days," with the first status report due July 14, 2026. *Id*.

1

In accordance with the Court's Order, undersigned counsel emailed Plaintiff's counsel on the morning of July 14, 2026, reminding them of the need to file a status report, offering to draft a joint status report, and asking them to confirm whether they "intend to file an individual arbitration demand on behalf of [Plaintiff] or, if not—or if you are still deciding whether to pursue arbitration—whether you are willing to stipulate to dismiss the court action without prejudice." **Exhibit A** at 7/14/2026, 12:00 p.m. ET/10:00 a.m. MT email. Undersigned counsel followed up with another email on the evening of July 15, 2026. *Id*. at 7/15/2026, 11:26 p.m. ET/9:26 p.m. MT email. As of the time of this filing, Plaintiff's counsel has not responded to either of these emails.

To date, Plaintiff has not pursued arbitration against Playtika, nor has Plaintiff responded to Playtika's repeated requests for confirmation of whether he intends to pursue arbitration. Accordingly, rather than continue to stay this action pending an arbitration that Plaintiff has not filed, Playtika respectfully submits that the Court should dismiss this action without prejudice.

DATED this 16th day of July 2026.

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *Gregory D. Beaman*
Gregory D. Beaman (*pro hac vice*)
Behnam Dayanim (*pro hac vice*)
Michael M. Rosenberg (*pro hac vice*)

Kamie F. Brown (8520)
RAY QUINNEY & NEBEKER P.C.

*Attorneys for Playtika Ltd. and*
*and Playtika Holding Corp.*