# EXHIBIT A

**Beaman, Gregory**

| | |
|---|---|
| **From:** | Beaman, Gregory |
| **Sent:** | Wednesday, July 15, 2026 11:26 PM |
| **To:** | Adrian Gucovschi; Frank Hedin; David W. Scofield |
| **Cc:** | Dayanim, Behnam; Rosenberg, Mike; Kamie Brown |
| **Subject:** | Re: Wright v. Playtika |

Adrian, Frank, David,

Just following up on the below.

Best,
Greg

On Jul 14, 2026, at 12:00 PM, Beaman, Gregory <gbeaman@orrick.com> wrote:

Adrian, Frank, David,

As you know, Judge Barlow granted our unopposed motion to compel arbitration on April 15 and ordered the parties to submit a status report every 90 days.  The first status report is due tomorrow.  Please let us know whether you intend to file an individual arbitration demand on behalf of Mr. Wright or, if not—or if you are still deciding whether to pursue arbitration—whether you are willing to stipulate to dismiss the court action without prejudice.  We're happy to put the status report together once we have your position.

Best,
Greg

**Greg Beaman**
Partner

Orrick
51 West 52nd Street
New York, NY 10019-6142

<image001.jpg>

T (212) 506-5019
gbeaman@orrick.com

<image002.png>

<image003.gif>

1